UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC VERSEN,
Individually and on behalf
of similarly situated persons,

             Plaintiff,

vs.

DETROIT POLICE OFFICERS
WOODS AND GREENO
in their individual capacities
and THE CITY OF DETROIT,
Jointly and Severally,

             Defendants.

Case No. 2:21-cv-11545

Hon. Mark A. Goldsmith

---

KEVIN ERNST (P44223)
HANNAH R. FIELSTRA (P82101)
ERNST LAW FIRM, PLC
*Attorneys for Plaintiff*
645 Griswold Street, Suite 4100
Detroit, MI 48226
P: 313-965-5555
F: 313-788-7451
Kevin@ernstlawplc.com
hannah@ernstlawplc.com

CHERYL L. RONK (P54897)
CITY OF DETROIT LAW
DEPARTMENT
*Attorneys for Defendants*
2 Woodward Ave., Suite 500
Detroit, MI 48226
P: 313-237-5237
ronkc@detroitmi.gov

     /

---

## ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE CLASS ACTION SETTLEMENT AND TO APPROVE DISBURSEMENT OF SETTLEMENT PROCEEDS AND ORDER DISMISSING CASE

THIS MATTER, having come before the Court upon Plaintiff's Motion to Approve Class Action Settlement and to Approve Disbursement of Settlement Proceeds (ECF No. 117) and the Court being fully advised in the premises;

NOW THEREFORE IT IS HEREBY ORDERED that the Court approves the total settlement amount of $200,000;

IT IS FURTHER ORDERED that the Court approves the disbursement as follows: Plaintiff Eric Versen shall receive $40,000;

IT IS FURTHER ORDERED THAT the Court approves $3,000 to each of the twenty unnamed class members;

IT IS FURTHER ORDERED that the balance shall be paid to class counsel. Ernst Law Firm, PLC, to cover attorney fees and expenses;

IT IS FURTHER ORDERED that the parties waive any further claims for damages, costs, and attorney fees;

IT IS FURTHER ORDERED that the above captioned matter is dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED**.

This is a final order and closes the case.

Dated: July 25, 2024                    s/Mark A. Goldsmith
                                        Honorable Mark A. Goldsmith
                                        United States District Judge

We stipulate to entry of the above Order:

*/s/  Kevin S. Ernst*
Kevin S. Ernst (P44223)
ERNST LAW FIRM, PLC

*/s/Cheryl L. Ronk (w/ permission)*
CHERYL L. RONK (P54897)
CITY OF DETROIT LAW DEPARTMENT